UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHAN DEAN, DBA SureFile Filing Systems and LIZA DEAN, DBA SureFile Filing Systems,<br><br>Plaintiff-ctr-defendants - Appellants,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, INC.,<br><br>Defendant-ctr-claimants - Appellees<br><br>DOES,<br><br>Defendant - Appellee. | No. 26-5215<br><br>D.C. No.<br>5:22-cv-00278-MCS-kk<br>Central District of California, Riverside<br><br>ORDER |

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

After considering the responses to the court's September 9, 2026 order, we deny the motions to proceed in forma pauperis (Docket Entry Nos. 5, 7) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

This court will not entertain further filings in this closed case.

**DISMISSED.**