UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHAN DEAN, DBA SureFile Filing Systems and LIZA DEAN, DBA SureFile Filing Systems,

Plaintiff-ctr-defendants - Appellants,

v.

KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, INC.,

Defendant-ctr-claimants - Appellees

DOES,

Defendant - Appellee.

No. 26-5215

D.C. No.
5:22-cv-00278-MCS-kk

Central District of California, Riverside

MANDATE

The judgment of this Court, entered October 22, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT